CITY OF BAYONNE, APPELLANT, v. GEORGE H. KRAMER ET AL., RESPONDENTS.

Submitted February 14, 1936—Decided May 14, 1936.

For the appellant, *Williams & Leonard.*

For the respondents, *Alfred Brenner.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Judge Brown sitting as Supreme Court commissioner.

*For affirmance*—The Chancellor, Lloyd, Case, Bodine, Donges, Hetfield, Dear, Wells, WolfsKeil, Rafferty, JJ. 10.

*For reversal*—The Chief Justice, Heher, Perskie, JJ. 3.